

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: VICTORY ENERGY CORPORATION, SMARTGAS, LLC, AND HCP INVESTMENTS, | § | No. 08-13-00068-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
| | § | |
| | § | |
| | § | |

# **O R D E R**

The Court has this day considered the Relator's petition for writ of mandamus and is of the opinion that the case should be set for submission without oral argument. A submission date has not yet been determined. The parties will be provided with advanced notice of the setting. SEE TEX.R.APP.P. 39.8.

IT IS SO ORDERED THIS 21ST DAY OF MAY, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.